DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OMANDO DESHAW WESBY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-446

[April 20, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Ian Rothschild, Judge; L.T. Case Nos. 11-000366CF10A, 11-012563CF10A, 11-014029CF10A, and 13-015181CF10A.

Omando Deshaw Wesby, Fort Lauderdale, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***